## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 10-56610 |
| | : | |
| CLIPNER, CHARLES R. | : | Chapter 7 |
| CLIPNER, DEBORAH L. | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $2.08 represents the total sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Columbia Gas of Ohio<br>200 Civic Center Drive, 8th Floor<br>Columbus, OH  43215 | 1 | 2.08 |

| Total Unclaimed/Small<br>Dividends $25.00 or Under | Total Unclaimed Dividends<br>Over $25.00 |
|---|---|
| $2.08 | $_____ |

Dated: February 4, 2011

/s/ David M. Whittaker
David M. Whittaker, Trustee   (0019307)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH  43215
Phone:  (614) 227-2355
Fax:  (614) 227-2390
Email:  dwhittaker@bricker.com

cc:    United States Trustee

4376924v1

Columbia Gas Of Ohio
200 Civic Center Drive
8th Floor
Columbus, OH 43215

**BANK OF AMERICA, N.A.**

DAVID M. WHITTAKER, CH 7 TRUSTEE
100 SOUTH THIRD STREET
COLUMBUS, OH 43215

32-1/1110 TX
0

CHECK NUMBER

**103**

| DATE | AMOUNT |
|------|--------|
| **02/03/11** | **\*\*\*\*\*\*\*\*\*\*\*2.08** |

## 2496131

PAY TO THE ORDER OF

Clerk, United States Bankruptcy Court

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 10-56610 | JEH | Debtor: CLIPNER, CHARLES R. |
| | | Joint Debtor: CLIPNER, DEBORAH L. |

*Two Dollars And 08/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
**THIS CHECK VOID AFTER 90 DAYS**

⑈"000103"⑈ ⑆111000012⑆ 4437790125"⑈

| Date: 02/03/11 | Check Number: 103 | Amount: 2.08 |
|---|---|---|

Case Number:  10-56610    JEH
Debtor Name:  CLIPNER, CHARLES R.

| Paid To:    **Clerk, United States Bankruptcy Court** | Trustee:    DAVID M. WHITTAKER, CH 7 TRUSTEE |
|---|---|
| | 100 SOUTH THIRD STREET |
| | COLUMBUS, OH 43215 |

Description:  Claim 000001, Payment 3.4110%  Columbia Gas Of Ohio
200 Civic Center Drive
8th Floor
Columbus, OH 43215

Bank Account Number:  4437790125